IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHERI LEE FORSTEIN,

    Petitioner,                   No. CIV S-03-0544 FCD GGH P

    vs.

GLORIA HENRY, et al.,

    Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's [date] denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

1

1  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

2        Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: 1) whether there was insufficient evidence regarding aiding and abetting; 2) whether petitioner's conviction violated the Sixth Amendment because of juror bias.

      Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: October 25, 2005

                                     /s/ Frank C. Damrell Jr.
                                     FRANK C. DAMRELL JR.
                                     United States District Judge

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.